IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VEDERRA HOLDINGS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-mc-38-K-BN |
| | § | |
| GLOBAL EQUITY PARTNERS, LLC | § | |
| and GARY DEON JEFFERSON, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated July 15, 2024 [Dkt. No. 13], the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

The Court GRANTS Plaintiff Vederra Holdings, LLC's Motion to Consider First Amended Motion for Post-Judgment Receivership [Dkt. No. 7] and, having considered

-1-

the Motion, the Court DENIES Plaintiff Vederra Holdings, LLC's First Amended Motion for Post-Judgment Receivership [Dkt. No. 5].

SO ORDERED.

Signed August 13th, 2024.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE